**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────

**No. 23-7091**

───────────

MARSHALL LEON WATKINS,

        Plaintiff - Appellant,

    v.

LIEUTENANT SEABROOK,

        Defendant - Appellee.

───────────

Appeal from the United States District Court for the District of South Carolina, at Rock Hill.  Mary G. Lewis, District Judge.  (0:23-cv-02920-MGL)

───────────

Submitted:  July 25, 2024                               Decided:  July 29, 2024

───────────

Before GREGORY, HARRIS, and QUATTLEBAUM, Circuit Judges.

───────────

Affirmed by unpublished per curiam opinion.

───────────

Marshall Leon Watkins, Appellant Pro Se.

───────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Marshall Leon Watkins appeals the district court's order accepting the recommendation of the magistrate judge and dismissing his civil suit without prejudice for lack of federal jurisdiction. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *Watkins v. Seabrook*, No. 0:23-cv-02920-MGL (D.S.C. Oct. 19, 2023). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*